# United States Court of Appeals
## For the First Circuit

---

No. 00-2357

GUN OWNERS' ACTION LEAGUE, INC.; OUTDOOR MESSAGE COOPERATIVE,
INC.; MASSACHUSETTS SPORTSMEN'S JUNIOR CONSERVATION CAMP INC.;
A.G. GUNS & AMMO, INC.; MARK COHEN; JOHN DOE II; JAMES F.
GETTENS; DANA H. CROWE; LORI CROWE; BRIAN E. DUNN; JOHN P.
HEARSON; TOM LAROCHE; ANN D. LAROCHE; ROBERT L. WALTER; JOHN DOE
I; GOAL FOUNDATION, INC.,

Appellants,

v.

JANE SWIFT, Acting Governor, Commonwealth of Massachusetts;
THOMAS F. REILLY, Attorney General, Commonwealth of
Massachusetts; JOHN DIFAVA, Colonel, Massachusetts State Police;
MARTHA COAKLEY, District Attorney, Middlesex County, MA; EDWARD
DAVIS, Superintendent, Police Department, Lowell, MA,

Appellees.

---

ERRATA SHEET

The opinion of this Court issued March 25, 2002 should be amended as follows:

On page 4, delete the text beginning with the sentence that begins at line 8 and ends with the paragraph ending at line 14, and replace with the following:

> Subject to certain restrictions, a person with
> a Class B license can possess large capacity
> rifles and shotguns, but not large capacity
> firearms (such as pistols, revolvers, and guns
> with short barrels). Mass. Gen. Laws ch. 140,
> § 131(b). A person with an FID Card may
> possess a more restricted range of weapons.
> Mass. Gen. Laws ch. 140, § 129C.